Gregory J. Bevelock
LAW OFFICE OF GREGORY J. BEVELOCK, LLC
12 Main Street, Suite 2
Madison, NJ 07940
(973) 845-2999
*Attorneys for Plaintiff DLT International LP*
*And Third-Party Defendant Paul Telfer*

| | |
|---|---|
| DLT INTERNATIONAL LP,<br><br>     Plaintiff,<br><br>  v.<br><br>KENNEDY FUNDING FINANCIAL, LLC,<br><br>     Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>DEAN THOMAS AND PAUL TELFER,<br><br>     Third-Party Defendants. | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 2:16-cv-794-WJM-MF<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff, DLT

International LP and Third-Party Defendant Paul Telfer (collectively, "DLT"), and

defendant/third-party plaintiff Kennedy Funding Financial LLC ("KFF") that all claims,

counterclaims, and third-party claims asserted by any party to the above-captioned action are

hereby dismissed with prejudice and without costs.

Dated:  December 13, 2016

LAW OFFICE OF GREGORY J. BEVELOCK, LLC      JORDAN B. DEFLORA, ESQ.
*Attorneys for Plaintiff and*                      *Attorney for Defendant/Third-Party Plaintiff*
*Third-Party Defendant*


By: *s/ Gregory J. Bevelock*             By: *s/ Jordan B. DeFlora*
    Gregory J. Bevelock                       Jordan B. DeFlora, Esq.

## <u>CERTIFICATION OF SERVICE</u>

I, GREGORY J. BEVELOCK, ESQ., hereby certify that, on the date set forth below, a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) was electronically filed with the Court and served via the Court's electronic filing system on counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2016
Madison, NJ

*/s Gregory J. Bevelock*
Gregory J. Bevelock

2